JANET M. HEROLD
Regional Solicitor
DANIELLE L. JABERG
Counsel for ERISA
ROSE DARLING (Cal. # 243893)
Trial Attorney
Office of the Solicitor
U.S. DEPARTMENT OF LABOR
90 Seventh Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7744
Facsimile: (415) 625-7772
Email: darling.rose@dol.gov

Attorneys for Petitioner

**SI**

RECEIVED
2013 MAR 21 P 1:52
RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>vs.<br><br>RMRF ENTERPRISES, INC.<br><br><br><br>Respondents. | Case No. CV 13 80 059 MISC<br><br>[PROPOSED] ORDER TO SHOW CAUSE |

Petitioner, Seth D. Harris, Acting Secretary of Labor, United States Department of Labor (the "Secretary"), has applied to this Court for an Order requiring Respondent RMRF Enterprises, Inc. ("RMRF") to produce the records, papers and documents set forth in the subpoena *duces tecum* issued by the Regional Director, Employee Benefit Security Administration, United States Department of Labor, and duly served upon RMRF on October 11, 2012 (the "Subpoena"). Having considered the matters set forth in the Secretary's Petition and

1  accompanying documents, it is hereby:
2      ORDERED that RMRF appears and SHOW CAUSE, if any there be, why RMRF should
3  not be ordered by this Court to comply with the Subpoena issued to RMRF by the Regional
4  Director, Employee Benefit Security Administration, United States Department of Labor; and it
5  is further
6      ORDERED that RMRF serve and file with the Clerk of this Court, no later than
7  __May 30, 2013__ a response to the Secretary's Petition, specifically admitting or
8  denying each allegation of the Petition, and setting forth the cause, if any there be, why the
9  Petition should not be granted; and it is further; Reply may be filed by June 7, 2013
10     ORDERED that RMRF appears at a hearing to be held on the Petition on
11 __June 27, 2013__, at __4__ a.m./p.m., in Courtroom Number __10__, __19__ th Floor, located
12 at the ~~Robert F. Peckham~~ Federal Building, United States Courthouse, ~~280 South 1st Street, San~~ 450 Golden Gate Ave., San Francisco, CA 94102
13 ~~Jose, California 95113~~; and it is further
14 ~~ORDERED that the statute of limitations is tolled as of July 9, 2012, the first date of the~~
15 ~~investigation of RMRF by the Employee Benefit Security Administration, until the Secretary~~
16 ~~notifies the Court that Respondent has complied with the Subpoena;~~ and it is further
17     ORDERED that the Secretary shall forthwith serve a copy of this Order to Show Cause
18 and the Petition and supporting documents on Respondent in accordance with Rule 4 of the
19 Federal Rules of Civil Procedure.
20
21                              _/s/ Susan Illston_
22                              UNITED STATES DISTRICT COURT JUDGE
23
24 Presented by:
25 M. PATRICIA SMITH
26 Solicitor of Labor
27

[PROPOSED] ORDER TO SHOW CAUSE
*SECRETARY OF LABOR v. RMRF ENTERPRISES, INC.*
Page 2 of 3