1  JANET M. HEROLD
   Regional Solicitor
2  DANIELLE L. JABERG
   Counsel for ERISA
3  ROSE DARLING (Cal. # 243893)
   Trial Attorney
4  Office of the Solicitor
   U.S. DEPARTMENT OF LABOR
5  90 Seventh Street, Suite 3-700
   San Francisco, CA 94103
6  Telephone: (415) 625-7744
   Facsimile: (415) 625-7772
7  Email: darling.rose@dol.gov

8  Attorneys for Petitioner

**RECEIVED 2013 MAR 21 P 1:52 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT**

**SI**

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

11  SETH D. HARRIS, ACTING SECRETARY    )  Case No. CV 13 80 059 MISC
12  OF LABOR, UNITED STATES             )
    DEPARTMENT OF LABOR,                )
13                                      )  [PROPOSED] ORDER TO SHOW CAUSE
              Petitioner,                )
14                                      )
        vs.                             )
15                                      )
    RMRF ENTERPRISES, INC.              )
16                                      )
17                                      )
                                        )
18            Respondents.              )
                                        )
19  _____ )

20

21      Petitioner, Seth D. Harris, Acting Secretary of Labor, United States Department of Labor

22  (the "Secretary"), has applied to this Court for an Order requiring Respondent RMRF

23  Enterprises, Inc. ("RMRF") to produce the records, papers and documents set forth in the

24  subpoena *duces tecum* issued by the Regional Director, Employee Benefit Security

25  Administration, United States Department of Labor, and duly served upon RMRF on October 11,

26  2012 (the "Subpoena"). Having considered the matters set forth in the Secretary's Petition and

27

1 | accompanying documents, it is hereby:

2 |     ORDERED that RMRF appears and SHOW CAUSE, if any there be, why RMRF should

3 | not be ordered by this Court to comply with the Subpoena issued to RMRF by the Regional

4 | Director, Employee Benefit Security Administration, United States Department of Labor; and it

5 | is further

6 |     ORDERED that RMRF serve and file with the Clerk of this Court, no later than

7 | May 30, 2013 a response to the Secretary's Petition, specifically admitting or

8 | denying each allegation of the Petition, and setting forth the cause, if any there be, why the

9 | Petition should not be granted; and it is further; Reply may be filed by June 7, 2013

10 |     ORDERED that RMRF appears at a hearing to be held on the Petition on

11 | June 27, 2013, at 4 a.m./p.m., in Courtroom Number 10, 19th Floor, located

12 | at the ~~Robert F. Peckham~~ Federal Building, United States Courthouse, ~~280 South 1st Street, San~~ 450 Golden Gate Ave., San Francisco, CA 94102

13 | ~~Jose, California 95113~~; and it is further

14 | ~~ORDERED that the statute of limitations is tolled as of July 9, 2012, the first date of the~~

15 | ~~investigation of RMRF by the Employee Benefit Security Administration, until the Secretary~~

16 | ~~notifies the Court~~ that Respondent has complied with ~~the Subpoena;~~ and it is further

17 |     ORDERED that the Secretary shall forthwith serve a copy of this Order to Show Cause

18 | and the Petition and supporting documents on Respondent in accordance with Rule 4 of the

19 | Federal Rules of Civil Procedure.

20

21 | *[signature]*

22 | UNITED STATES DISTRICT COURT JUDGE

23

24 | Presented by:

25 | M. PATRICIA SMITH

26 | Solicitor of Labor

27