```
1  JANET M. HEROLD
   Regional Solicitor
2  DANIELLE L. JABERG
   Counsel for ERISA
3  ROSE DARLING (Cal. # 243893)
   Trial Attorney
4  Office of the Solicitor
   U.S. DEPARTMENT OF LABOR
5  90 Seventh Street, Suite 3-700
   San Francisco, CA 94103
6  Telephone: (415) 625-7744
   Facsimile: (415) 625-7772
7  Email:  darling.rose@dol.gov

8  Attorneys for Petitioner
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Petitioner, <br><br> vs. <br><br> RMRF ENTERPRISES, INC. <br><br><br> Respondents. | Case No.: Case No.: 3:13-mc-80059-SI <br><br> **[~~PROPOSED~~] ORDER** |

Petitioner, Seth D. Harris, Acting Secretary of Labor, United States Department of Labor (the "Secretary"), has applied to this Court for an Order continuing the hearing on the Secretary's *Petition to Enforce Administrative Subpoena*. Having considered the matters set forth in the Secretary's motion and accompanying documents, it is hereby:

ORDERED that the hearing on the Secretary's Petition is continued to _____July 26, 2013_____, at ____9:00____ a.m./p.m., in Courtroom Number 10,

19th Floor, located at the Federal Building, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

6/27/13

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIELLE L. JABERG
Counsel for ERISA


_____/s/ Rose Darling_____
ROSE DARLING
Trial Attorney

Attorneys for Petitioner Secretary of Labor,
United States Department of Labor