JANET M. HEROLD
Regional Solicitor
DANIELLE L. JABERG
Counsel for ERISA
ROSE DARLING (Cal. # 243893)
Trial Attorney
Office of the Solicitor
U.S. DEPARTMENT OF LABOR
90 Seventh Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7744
Facsimile: (415) 625-7772
Email:  darling.rose@dol.gov

RICHARD D. SCHRAMM (SBN 151696)
AMY CARLSON, (SBN 213294)
1500 E. Hamilton Ave., Suite 119
Campbell, CA 95008
Tel: (408) 796-7551
Fax: (408) 295-5008
E-mail: rschramm@eralawyers.com
Attorneys for RMRF ENTERPRISES, INC.

Attorneys for Secretary of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ,[1] Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br><br>vs.<br><br>RMRF ENTERPRISES, INC.<br><br><br><br>Respondent. | Case No.: 3:13-mc-80059-SI<br><br>**STIPULATION AND [**P~~ROPOSED~~**] ORDER TO CONTINUE HEARING ON SECRETARY'S MOTION FOR CIVIL CONTEMPT**<br><br>**Hearing Date:** April 4, 2014<br>**Time:** 9:00 a.m.<br>**Courtroom:** 10, 19th Floor |

---

[1] Thomas E. Perez was sworn in as Secretary of Labor on July 23, 2013.  Pursuant to F.R.C.P. 25(d) the caption has been changed to reflect his appointment.

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CONTEMPT HEARING
*SECRETARY OF LABOR v. RMRF ENTERPRISES, INC*. (3:13-mc-80059-SI)

Petitioner Thomas E. Perez, Secretary of Labor, United States Department of Labor (the "Secretary") and Respondent RMRF Enterprises, Inc. ("RMRF") (together the "parties") hereby consent to the following Stipulation and entry of an Order from the Court in accordance herewith:

1. On December 20, 2013, the Secretary filed a motion for civil contempt against RMRF for its failure to comply with this Court's July 31, 2013 Order to produce documents responsive to the Secretary's administrative subpoena. The hearing on that motion is scheduled for April 4, 2014.

2. On February 24, 2014, RMRF produced approximately 224 pages of documents. The Secretary has been in the process of reviewing this material to determine whether it is responsive to the subpoena.

3. Following February 24, 2014, RMRF produced an additional 150 pages of documents. In response to a portion of the documents produced, the Secretary has asked for additional productions of various sets of documents, and RMRF and its counsel are currently determining whether such documents exist within the possession, custody, and control of RMRF or its principals.

4. In light of the fact that RMRF has retained counsel and produced documents, and additional documents are scheduled to be produced on March 31, 2014, the parties stipulate and respectfully request that the Court continue the hearing on the Secretary's motion for civil contempt by six weeks, to May 16, 2014, or to any time thereafter that is convenient for the Court. Continuing the hearing will allow the Secretary time to properly review all the documents that RMRF produced and will produce.

//

//

5.  Continuing the contempt hearing will further conserve the resources of the parties and the Court in the event that RMRF makes a complete production in compliance with this Court's July 31, 2013 Order, and thus moots the need for the Secretary's motion for contempt.

Respectfully submitted,

Dated: March 28, 2014

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIELLE L. JABERG
Counsel for ERISA

By:      /s/ Rose Darling
         ROSE DARLING
         Trial Attorney
         Attorneys for Petitioner,
         Secretary of Labor

Dated: March 28, 2014

RICHARD SCHRAMM
EMPLOYMENT RIGHTS ATTORNEYS
1500 East Hamilton Ave., Ste. 118
Campbell, CA  95008-0834
Attorneys for RMRF Enterprises, Inc.

**IT IS SO ORDERED**   - continued to 5/23/14 @ 9:00 a.m.

3/31/14

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE